23542. KNOPP, Executor, et al. v. KNOPP et al.

Cook, Justice. The appeal in the present case is from a judgment overruling demurrers and motions filed by the appellant to the motions of the appellees to open a default. A final ruling has not been made on the petition of the appellees to open the default. *Held:*

The judgment complained of, if it had been rendered as claimed for by the appellant, would not have been a final disposition of the cause. Ga. L. 1965, p. 18 (*Code Ann.* § 6-701); *Ryles v. Moore*, 191 Ga. 661 (13 SE2d 672); *Harry v. Scenic Heights Development Corp.*, 218 Ga. 352 (127 SE2d 898). The appeal is prematurely brought, and this court is without jurisdiction to consider it.

*Appeal dismissed. All the Justices concur.*

SUBMITTED JUNE 14, 1966—DECIDED JULY 7, 1966—
REHEARING DENIED JULY 21, 1966.

*Wyatt & Wyatt, L. M. Wyatt*, for appellants.
*Wilson P. Darden*, for appellees.